

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2025

No. 04-25-00397-CV

**IN RE CONNOR GROUP**

Original Proceeding[1]

**ORDER**

Sitting:  Rebeca C. Martinez, Chief Justice
Lori I. Valenzuela, Justice
H. Todd McCray, Justice

On June 20, 2025, relator filed a petition for writ of mandamus, motion for temporary relief, and motion for writ of injunction complaining about eviction proceedings in the Bexar County Justice Court, Precinct 3, Place 1. Relator did not provide an adequate record as required by Texas Rules of Appellate Procedure 52.3(k)(1)(A) and 52.7(a). Accordingly, relator's petition for a writ of mandamus, motion for temporary relief, and motion for a writ of injunction are DENIED.

It is so **ORDERED** on July 2, 2025.

Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2025.

Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 31E2502359, styled *The Connor Group as Agent for the Connor Group vs. Bradley, Shamar, and All Other Occupants*, pending in the Municipal Court, Bexar County, Texas, the Honorable Julie Bray Patterson presiding.